IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


STEWART                                                    PLAINTIFF(S)

VERSUS                              CIVIL ACTION NO. 5:08cv270DCB-JMR

GLENBURNEY HEALTHCARE                              DEFENDANT(S)

                        ORDER OF DISMISSAL

            The parties having agreed to and announced to the Court a settlement of this case,

and the Court being advised that all parties have an informed understanding of their rights and a

full appreciation of the consequences of the settlement, and the Court being desirous that this

matter be finally closed on its docket,

            IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice

as to all parties. If any party fails to comply with the terms of this settlement agreed to by all

parties, any aggrieved party may reopen the case for enforcement of the settlement agreement, and

if successful, all additional attorneys' fees and costs from this date shall be awarded such

aggrieved party or parties against the party failing to comply with the agreement. The Court

specifically retains jurisdiction to enforce the settlement agreement.

      SO ORDERED, this the 30TH    day of September, 2009.




                              s/John M. Roper Sr.
                              UNITED STATES MAGISTRATE JUDGE